**NOTC**
**MATTHEW Q. CALLISTER, ESQ.**
Nevada Bar No. 001396
**BROOKE A. BOHLKE, ESQ.**
Nevada Bar No. 009374
bab@call-law.com
**CALLISTER + ASSOCIATES, LLC**
823 Las Vegas Boulevard South, Fifth Floor
Las Vegas, NV 89101
Telephone No.: (702) 385-3343
Facsimile No.: (702) 385-2899
*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD MCSWAIN; LAURA MCSWAIN;<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE, INC., a division of WELLS FARGO BANK, N.A., a foreign corporation; NATIONAL DEFAULT SERVICING CORPORATION, DOES I through X, inclusive; and ROE COMPANIES I though X, inclusive,<br><br>Defendants. | Case No.:  2:10-cv-00630<br><br>**THREE DAY NOTICE TO PLEAD OR ANSWER PURSUANT TO N.R.C.P. 55**<br><br>Date: N/A<br>Time: N/A |

TO:   WELLS FARGO HOME MORTGAGE, INC., a division of WELLS FARGO BANK, N.A.

///

///

///

///

PLEASE TAKE NOTICE that pursuant to N.R.C.P. 55, a Default will be entered against the Defendant WELLS FARGO HOME MORTGAGE, INC., a division of WELLS FARGO BANK, N.A., if an Answer or other responsive pleading is not filed within three days.

DATED this ___5__ day of May 2010.

**CALLISTER + ASSOCIATES, LLC**

___/s/ Brooke A. Bohlke, Esq.___
MATTHEW Q. CALLISTER, ESQ.
Nevada Bar No. 001396
BROOKE A. BOHLKE, ESQ.
Nevada Bar No. 009374
823 Las Vegas Blvd. South, 5th Floor
Las Vegas, Nevada 89101

## CERTIFICATE OF SERVICE

I hereby certify that on the ___5___ day of May 2010, I served a true and correct copy of the THREE DAY NOTICE TO PLEAD OR ANSWER PURSUANT TO N.R.C.P. 55 to the party set forth below as follows:

X    by serving the following parties electronically through CM/ECF as set forth below;

___ by faxing a copy to the numbers below;

___ or by depositing a copy in the United States Mail postage prepaid to the parties listed below:

Jared R. Richards, Esq.
Snell & Wilmer
3883 Howard Hughes Pkwy., Suite 1100
Las Vegas, NV 89169

___/s/ P. Chisholm___
An employee of Callister + Associates, LLC